WILLIAM M. BAXTER, Respondent, *v.* ROBERT COLGATE et al.,
Appellants.

(Argued December 22, 1885 ; decided January 19, 1886.)

*Nelson Smith* for appellants.

*J. Tracey Langan* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.